UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRANK BAILEY, an individual; KEVIN
FRALICK, an individual; ESTATE OF
MARILOU KEITH, by heir and
representative STACEY KEITH; ESTATE
OF GEORGE L. KIEL, by heir and
representative CHANDRA KIEL;
TIMOTHY AND DEBORAH LOTT, a
married couple; and BARBARA
MAYWARD, an individual,

      Plaintiffs,

v.

CHIPPEWA COUNTY, a Governmental
Unit; CARMEN M. FAZZARI, in her
individual and official capacity; and
MARJORIE HANK, in her individual and
official capacity,

      Defendants.

Case No. 24-cv-45
HON.

Chippewa County Circuit Court Case No.
24-17675-CZ
HON JAMES P. LAMBROS

**DEFENDANTS' NOTICE OF REMOVAL
PURSUANT TO 28 U.S.C. §1446(b)**

---

Donald R. Visser (P27961)
Daniel O. Myers (P49250)
Donovan J. Visser (P70847)
VISSER AND ASSOCIATES, PLLC
Attorneys for Plaintiffs
2480 - 44th Street, S.E., Suite 150
Kentwood, MI 49512
(616) 531-9860
don@visserlegal.com

E. Powell Miller (P39487)
Christopher D. Kayne (P61918)
Sharon S. Almonrode (P33938)
THE MILLER LAW FIRM, PC
Attorneys for Plaintiffs
950 W. University Drive, Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
cdk@millerlawpc.com
ssa@millerlawpc.com

Allan C. Vander Laan (P33893)
Cummings, McClorey, Davis & Acho
Attorney for Defendants
2851 Charlevoix Dr., S.E. - Suite 203
Grand Rapids MI  49546
(616) 975-7470
avanderlaan@cmda-law.com

Matthew E. Gronda (P73693)
GRONDA PLC
Attorney for Plaintiffs
4800 Fashion Square Boulevard,
Suite 200
Saginaw, MI 48604
(989) 249-0350
matt@matthewgronda.com

{02016849-1 }

Philip L. Ellison (P74 117)
OUTSIDE LEGAL COUNSEL, PLC
Attorney for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

_____

### DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1446(b)

PLEASE TAKE NOTICE that Defendants, Chippewa County, Carmen M. Fazzari, and Marjorie Hank, by and through their attorneys, Cummings, McClorey, Davis & Acho, P.L.C., hereby remove the matter entitled, *Frank Bailey, et al. v. Chippewa  County, et al.,* Case No. 24-17675-CZ currently pending in the Chippewa County Circuit Court to the United States District Court for the Western District of Michigan. The bases for removal are set forth below:

1. On or about on March 18, 2024, this action was commenced in the Chippewa County Circuit Court.  Defendants were served via mail with the lawsuit on or about March 18, 2024.  A copy of the Summons and Complaint, which constitute all process and pleadings received by the Defendants, are attached.

2. The allegations in Plaintiffs' Complaint involve a claim by Plaintiffs arising, in part, under; Count I - 42 USC §1983 Taking – Fifth/Fourteenth Amendment Violation (Against All Defendants); Count II - 42 USC §1983 Taking – Fifth/Fourteenth Amendment Violation "Arising Directly" Under the Fifth Amendment" (Against All Defendants), Count V – Violation of the Eighth Amendment (Against All Defendants); Count VI  - 42 USC §1983 Violation of Procedural Due Process (Against All Defendants); Count VII – 42 USC §1983

Violation of Substantive Due Process (Against All Defendants); which would be within the original jurisdiction of this United States District Court

3. Supplemental Jurisdiction is appropriate pursuant to 28 U.S.C. § 1367 for state law claims asserted by the Plaintiffs.

4. The federal claims are summarized as follows:

   a. Plaintiffs allege in Count I that Defendants committed a taking in violation of the Fifth and Fourteenth Amendments to the United States Constitution under 42 U.S.C. §1983;

   b. Plaintiffs allege in Count II that Defendants' violated the Takings Clause of the Fifth and Fourteenth Amendments to the United States Constitution by committing a taking;

   c. Plaintiffs allege in Count V that Defendants violated the Eighth Amendment of the United States Constitution;

   d. Plaintiffs allege in Count VI that Defendants violated Procedural Due Process under 42 U.S.C. §1983; and

   e. Plaintiffs allege in Count VII that Defendants violated Substantive Due Process under 42 U.S.C. §1983.

5. The state law claims are summarized as follows:

   a. Plaintiffs allege in in Count III that Defendants violated the Uniform Condemnation Procedures Act, MCL 213.51, et seq. under a theory of inverse condemnation;

   b. Plaintiffs allege in Count IV that Defendants violated Article X, Section 2 of the Michigan Constitution under the Uniform Condemnation Procedures Act, MCL 213.51, et seq.;

   c. Plaintiffs allege in Count VIII that Defendant County unlawfully obtained and retained Plaintiffs' property under a theory of unjust enrichment;

   d. Plaintiffs allege in in Count IX that Defendants' failure to turn over surplus proceeds constitutes an act of conversion;

   e. Plaintiffs allege in in Count X that wrongfully retained Plaintiffs' property under a theory of statutory conversion; and

f. Plaintiffs allege in Count XI that Defendants wrongfully obtained and unlawfully retain surplus proceeds subject to a claim and delivery.

6. The prerequisites for removal under 28 U.S.C. § 1331 and § 1441 have been met.

7. Written notice of the filing of this notice of removal will be given to the adverse parties as required by law.

8. The allegations of this notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Western District of Michigan. Defendants file this notice of removal and remove this civil action to the United States District Court for the Western District of Michigan. Plaintiffs are notified to proceed no further in state court unless or until the case should be remanded by order of the United States District Court.

Respectfully Submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Date: March 22, 2024          /s/ Allan Vander Laan_____
                              Allan C. Vander Laan (P33893)
                              Attorney for Defendants

{02016849-1 }                            4